# WILLKIE FARR & GALLAGHER LLP

**MEMO ENDORSED**

Michael S. Schachter
212 728 8102
mschachter@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 06 2014

October 3, 2014

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshal United States Courthouse
40 Foley Square
New York, NY 10007

Re:     United States v. Feng Ling Liu, et al., 12 Cr. 934 (RA)

Dear Judge Abrams:

I represent Feng Li in the above-referenced matter. I write to respectfully request an adjournment of Mr. Li's sentencing, currently scheduled for October 24, 2014, for approximately 60 days to permit the parties additional time to confer regarding issues relevant to the sentencing. I have conferred with AUSA Rebecca Mermelstein, who joins in this request for an adjournment.

I also write to respectfully request that Mr. Li's bail conditions be modified to permit him to travel October 11 and 12 to Vermont for a short vacation. I also respectfully request that Mr. Li's bail conditions be modified so that he is under regular pretrial supervision, not strict pretrial supervision, which makes it very difficult for Mr. Li to arrive at work on time. I have conferred with Ms. Mermelstein and USPTS Officer Natasha Ramesar, who informed me that the Government and Pretrial Services consent to the proposed bail condition modifications.

Respectfully submitted,

Michael S. Schachter

cc:     AUSA Rebecca Mermelstein

(1) Mr. Li's application to adjourn his sentencing is granted. Sentencing is scheduled for December 19, 2014 at 10 a.m.
(2) Mr. Li's travel request is granted.
(3) Mr. Li's bail conditions are modified such that he is under regular pretrial supervision.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 6, 2014