| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/4/2020 |

UNITED STATES OF AMERICA

v.

FENG LING LIU,

                Defendant.

No. 12-CR-934 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties are directed to appear for a telephone conference with respect to Ms. Liu's motion for an early termination of supervised release, *see* Dkt. 603, on Tuesday, December 15, at 10:00 a.m. The parties shall use the following information to dial into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Liu.

SO ORDERED.

Dated:    December 4, 2020
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge

1